

1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile:  (415) 576-9929
4
   Attorney for Plaintiffs
5  Hongjun YUAN;
   Meimei FU
6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8
9  Hongjun YUAN;
   Meimei FU
10                                        )   Case No.:
              Plaintiffs                  )
11                                        )   **COMPLAINT FOR WRIT IN THE**
   vs.                                    )   **NATURE OF MANDAMUS**
12                                        )
   MICHAEL CHERTOFF, Secretary of the    )
   Department of Homeland Security;       )
13 ROBERT S. MUELLER, Director of Federal )
   Bureau of Investigation                )
14                                        )
                                          )
15            Defendants.                 )   "Immigration Case"

16       Plaintiffs Hongjun YUAN and Meimei FU, by and through their undersigned attorney, sue

17 Defendants and state as follows:

18 1.      This action is brought against the Defendants to compel action on their Applications to Adjust

19 to Permanent Resident Status, or Form I-485, by Plaintiffs Hongjun YUAN and Meimei FU, husband

20 and wife, based on Plaintiff Hongjun YUAN's employment, properly filed by the Plaintiffs. The I-485

21 applications remain within the jurisdiction of the Defendants, who have improperly withheld action

22 on said application to Plaintiffs' detriments.

23                              **PARTIES**

24 2.      Plaintiffs Hongjun YUAN and Meimei ZHU are natives and citizens of the People's

25 Republic of China. Their Form I-485, Applications to Register Permanent Resident or Adjust

26 Status, were received by the U.S.C.I.S. on January 18, 2005 (**Exhibit 1: Notices of I-485**

27 **Receipt**) and are seeking to become lawful permanent residents of the United States as

28 beneficiaries of an approved I-140 Immigrant Petition for Alien Worker.

3.      Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS), and this action is brought against him in his official capacity.  He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS  8 U.S.C. 1103(a); 8 C.F.R.  2.1.

4.      Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State.  As will be shown, Defendant has failed to complete the security clearances on Plaintiffs' cases.

## JURISDICTION

5.      Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.*  Relief is requested pursuant to said statutes.

## VENUE

6.      Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where the Plaintiffs reside if no real property is involved in the action.

## EXHAUSTION OF REMEDIES

7.      Plaintiffs have exhausted their administrative remedies.

## CAUSE OF ACTION

8.      Plaintiffs Hongjun YUAN and Meimei FU are natives and citizens of the People's Republic of China. Their Form I-485, Applications to Register Permanent Resident or Adjust Status, were filed concurrently with the I-140 (Immigrant Petition for Alien Worker) filed by Plaintiff Hongjun YUAN's employer WIS Technologies Inc. and their I-485 were received by the U.S.C.I.S. on January 18, 2005 (**Exhibit 1: Notices of I-485 Receipt**).  Plaintiff Hongjun YUAN's I-140 was approved on July 5, 2005 (**Exhibit 2: Approval Notice of I-140**).

9.      According to the Service Center processing dates, the USCIS California Service Center is currently processing I-485 employment-based adjustment application filed on January 13, 2007 (**Exhibit 3: Copy of NSC Processing Dates Posted on July 16, 2007**).  Plaintiffs' I-485 applications have now remained pending for two years and six months from the date of the filing.

1  10.    Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance

2  with the law. Defendants unreasonably have delayed in and have refused to adjudicate Plaintiffs'

3  I-485 applications for two years and six months from the date of filing, thereby depriving

4  Plaintiffs of the rights to the decision on their applications and the peace of mind to which

5  Plaintiffs are entitled.

6  11.    Plaintiffs have been damaged by the failure of Defendants to act in accord with their duties

7  under the law.

8         (a)    Plaintiffs Hongjun YUAN and Meimei FU have been damaged by simply being

9                deprived of the adjudication of their Application to Adjust to Permanent Resident

10               Status for two years and six months. Plaintiffs have also been unable to plan any

11               foreign travel or pursue a future course of action in the United States due to the

12               pendency of their I-485 applications.

13        (b)    Plaintiffs Hongjun YUAN and Meimei FU have further been damaged in that their

14               employment authorization and travel document are tied to his status as applicant

15               for permanent residency and are limited to increments not to exceed one year. 8

16               CFR §274a.12©)(9). Therefore, Plaintiffs will be forced to repeatedly apply and

17               pay for extensions of employment authorization and travel document, to the

18               continued inconvenience and harassment of Plaintiffs to continually insure their

19               work and travel eligibility.

20  12.    The Defendants, in violation of the Administrative Procedures Act and Mandamus Act, 5

21  USC §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiffs' I-485

22  applications and have failed to carry out the adjudicative functions delegated to them by law with

23  regard to Plaintiffs' case.

### PRAYER

25  13.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiffs

26  respectfully pray that the Defendants be cited to appear herein and that, upon due consideration,

27  the Court enter an order:

28        (a)  requiring Defendants to expeditiously complete Plaintiffs' FBI Security Check for

their I-485 applications, if security check is the only reason for the delay;

  (b) requiring Defendants to expeditiously process Plaintiffs' I-485 Application to conclusion;

  (c) awarding Plaintiffs reasonable attorney's fees under the Equal Access to Justice Act; and

  (d) granting such other relief at law and in equity as justice may require.


Dated: July 19, 2007         Respectfully submitted,


                   Justin X. WANG, Esq.
                   Attorney for Plaintiffs

Case No.:
PLAINTIFFS' ORIGINAL COMPLAINT      F:\LING\Mandamus\485 Employment Based\Hongjun YUAN and Meimei FU\Complaint.wpd

4

1
2
3
4

**CERTIFICATION OF INTERESTED ENTITIES OR PERSON**

5

      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than

6

the named parties, there is no such interest to report.

7
8

Dated:       July 19, 2007                       Respectfully submitted,

9
10
11

                                               Justin X. WANG, Esq.
                                               Attorney for Plaintiffs

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## LIST OF ATTACHMENTS

| *Exhibit* | *Description* |
|-----------|---------------|
| 1 | Notices of I-485 Receipt |
| 2 | Approval Notice of I-140 |
| 3 | Copy of NSC Processing Dates Posted on June 18, 2007 |

Ex. 1

| RECEIPT NUMBER WAC-05-075-51315 | | CASE TYPE  I485    APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
| RECEIVED DATE January 18, 2005 | PRIORITY DATE | APPLICANT    A98 447 758 YUAN, HONGJUN | |
| NOTICE DATE January 20, 2005 | PAGE 1 of 1 | | |

HONG JIN GUAN ESQ
PACIFIC LAW GROUP LLP
RE: HONGJUN YUAN
224 AIRPORT PKWY STE 525
SAN JOSE CA 95110

Notice Type:   Receipt Notice

Amount received: $  385.00
Section: Adjustment as direct
          beneficiary of immigrant
          petition

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
  - You can check our current processing time for this kind of case on our website at uscis.gov.
  - On our website you can also sign up to get free e-mail updates as we complete key processing
    steps on this case.
  - Most of the time your case is pending the processing status will not change because we will be
    working on others filed earlier.
  - We will notify you by mail when we make a decision on this case, or if we need something from you.
    If you move while this case is pending, call customer service when you move.
  - Processing times can change. If you don't get a decision or update from us within our current
    processing time, check our website or call for an update.

If you have questions, check our website or call customer service.  Please save this notice, and have it with you if you
contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative,
as a visa number becomes available.  Filing and approval of an I-130 relative petition is only the first step in helping
a relative immigrate to the United States.  Eligible family members must wait until there is a visa number available
before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will
allow USCIS to concentrate resources first on cases where visas are actually available  This process should not delay
the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel
<http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our
website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending.  If you have a pending I-130 relative
petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev 08/31/04) N

Department of Homeland Security
U.S. Citizenship and Immigration Service

I-797C, Notice of Action

| | |
|---|---|
| RECEIPT NUMBER<br>WAC-05-075-51242 | CASE TYPE  I485    APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
| RECEIVED DATE<br>January 18, 2005 | PRIORITY DATE |
| APPLICANT    A98 447 860<br>FU, MEIMEI |
| NOTICE DATE<br>January 20, 2005 | PAGE<br>1 of 1 |

HONG JIN GUAN ESQ
PACIFIC LAW GROUP LLP
RE: MEIMEI FU
224 AIRPORT PKWY STE 525
SAN JOSE CA 95110

Notice Type:  Receipt Notice

Amount received: $ 385.00

Section: Derivative adjustment

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
 - You can check our current processing time for this kind of case on our website at uscis.gov.
 - On our website you can also sign up to get free e-mail updates as we complete key processing
   steps on this case.
 - Most of the time your case is pending the processing status will not change because we will be
   working on others filed earlier
 - We will notify you by mail when we make a decision on this case, or if we need something from you.
   If you move while this case is pending, call customer service when you move.
 - Processing times can change. If you don't get a decision or update from us within our current
   processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you
contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative,
as a visa number becomes available.  Filing and approval of an I-130 relative petition is only the first step in helping
a relative immigrate to the United States.  Eligible family members must wait until there is a visa number available
before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident.  This process will
allow USCIS to concentrate resources first on cases where visas are actually available.  This process should not delay
the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel
<http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our
website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending.  If you have a pending I-130 relative
petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 08/31/04) N

Ex. 2

| RECEIPT NUMBER WAC-05-075-51418 | CASE TYPE   I140 IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|
| RECEIPT DATE January 20, 2005    PRIORITY DATE April 30, 2002 | PETITIONER WIS TECHNOLOGIES INC |
| NOTICE DATE July 5, 2005    PAGE 1 of 1 | BENEFICIARY   A98 447 758 YUAN, HONGJUN |

| | |
|---|---|
| WIS TECHNOLOGIES INC C/O FRANK C BROOKS JR VP FINANCE & CFO 683 RIVER OAKS PARKWAY SAN JOSE CA 95134 | Notice Type:   Approval Notice Section: Mem of Profession w/Adv Deg, or of Excpetn'l Ability Sec.203(b)(2) |

Courtesy Copy: Original sent to: GUAN ESQ, HONG JIN

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as part of the official notice.

_____

The above petition has been approved. The approved petition will be stored in this office. If the person for whom you are petitioning is or becomes eligible to apply for adjustment of status, he or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based upon this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 08/31/04) N

Ex.3

Case 3:07-cv-03752-SI    Document 1    Filed 07/20/2007



Home   Contact Us   Site Map   FAQ

Search                    
Advanced Search

| Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resources | Press Room |

Print This Page            Back

## U.S. Citizenship and Immigration Services
## California Service Center Service Center Processing Dates
## Posted July 16, 2007

**Notice**:  U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications.  In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received.  However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time.  It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments.  Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time.  For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed.  It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting.  Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file.  For example, for most kinds of cases you can <u>check the status of your case online</u>.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

<u>Case Services - How do I... know what kind of services are available to me after I file my application or petition?</u>

One additional point about these projections.  They are the time to complete processing and mail the actual notice and/or document.  If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us.  That is because it may take that long before it is returned to us as undeliverable.  You can also print the case status online answer

for your records.

Service Center Processing Dates for **California Service Center** Posted July 16, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|------|-------|-----------------------------------|--------------------------------------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | July 11, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | March 26, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | June 30, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | May 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | May 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | May 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 15, 2007 |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | January 13, 2007 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | December 31, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | January 17, 2003 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | April 30, 2001 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | April 30, 2001 |
| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | January 01, 2005 |
| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | February 07, 2005 |
| I-131 | Application for Travel Document | All other applicants for advance parole | April 09, 2007 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | January 13, 2007 |

| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | September 28, 2005 |
|---|---|---|---|
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | January 13, 2007 |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | January 13, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | April 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | April 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | April 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | April 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | April 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | April 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | April 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | April 14, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | December 03, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | January 13, 2007 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | April 28, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | June 16, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | April 28, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | April 28, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | April 28, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | April 28, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | January 13, 2007 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | January 13, 2007 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) | January 13, 2007 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) based on PL107-273 | September 10, 1997 |