# PROOF OF SERVICE

I, the undersigned, declare:

That I am an employee of Baughman & Wang and my business address is:

      111 Pine Street, Suite 1350
      San Francisco, CA 94111

That I served the within:

**RE:** **C 07-3750 JL**

1) SUMMONS IN A CIVIL ACTION;
2) CIVIL COVER SHEET;
3) PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS;
4) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; AND
5) ECF REGISTRATION INFORMATION HANDOUT

by placing said documents in an envelope, which was then sealed, with postage fully paid thereon, and was this day addressed as follows:

      Alberto Gonzales (By Certified Mail)
      Attorney General
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, DC 20530-0001

      US Attorneys Office (By Certified Mail)
      450 Golden Gate Avenue, Box 36055
      San Francisco, CA 94102
      Attn: Civil Process Clerk

      Office of the General Counsel (By Certified Mail)
      U.S. Department of Homeland Security
      Washington, DC 20528

      Robert S. Mueller, III (By Certified Mail)
      Director
      Federal Bureau of Investigations
      Office of the General Counsel
      Room 7427, 935 Pennsylvania Ave., N.W.,
      Washington, DC 20535

Executed this July 24, 2007 at San Francisco, California.

                                              _____
                                              Joanna Lai