UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONGJUN YUAN <br> MEIMEI FU <br><br> Plaintiff(s), <br><br> v. <br><br> *MICHAEL CHERTOFF*, ET AL., <br><br> Defendants. | No.: **C 07-3750 JL** <br><br> **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 08/28/2007

_____
Signature

Counsel for _Plaintiff_
(Name or party or indicate "pro se")