1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12  HONGJUN YUAN; and MEIMEI FU,      )    No. C 07-3750 JL
                                      )
13                      Plaintiffs,   )
                                      )
14           v.                       )
                                      )    CONSENT TO PROCEED BEFORE A
15  MICHAEL CHERTOFF, Secretary,      )    UNITED STATES MAGISTRATE JUDGE
    Department of Homeland Security;  )
16  ROBERT S. MUELLER, Director of the)
    Federal Bureau of Investigation,  )
17                                    )
                        Defendants.   )
18  _____ )

19        In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants

20  hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further

21  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

22  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

23  Dated: September 10, 2007              Respectfully submitted,

24                                         SCOTT N. SCHOOLS
                                           United States Attorney
25

26                                         _____/S/_____
                                           MELANIE L. PROCTOR
27                                         Assistant United States Attorney

28

    CONSENT TO MAGISTRATE
    C 07-3750 JL