SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HONGJUN YUAN; and MEIMEI FU,<br><br>                Plaintiffs,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ROBERT S. MUELLER, Director of the Federal Bureau of Investigation,<br><br>                Defendants. | No. C 07-3750 JL<br><br>DECLARATION OF MELANIE PROCTOR |

I, Melanie Proctor, declare and state as follows:

    1.    I am employed by the United States Attorney's Office, Northern District of California, as an Assistant United States Attorney. My current employment address is 450 Golden Gate Avenue, Box 36055, San Francisco, California, 94102. I am the attorney assigned to the above-captioned matter.

    2.    Plaintiffs Hongjun Yuan and Meimei Fu served the United States Attorney's Office with the Complaint on or about July 24, 2007. Accordingly, pursuant to Fed. R. Civ. P. 12(a)(3)(A), Defendants' Answer is due on September 24, 2007.

    3.    On September 7, 2007, Plaintiffs moved the Court to grant summary judgment in their favor.

PROCTOR DECLARATION
C 07-3750 JL

4. In their Complaint and in their Motion, Plaintiffs allege that Defendants have unreasonably delayed action on their applications for adjustment of status. Defendants are still in the process of investigating the claims raised, and will be unable, in the time allowed, to gather affidavits and present facts essential to justify Defendants' opposition to Plaintiffs' motion.

Signed this 10th day of September, 2007, in San Francisco, California.

                                          s/Melanie Proctor
                                          MELANIE PROCTOR

PROCTOR DECLARATION
C 07-3750 JL                        2