1

2

3

4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

5    HONGJUN YUAN; and MEIMEI FU,    )    No. C 07-3750 JL
                                     )
6                       Plaintiffs,  )
                                     )
7         v.                         )
                                     )    [PROPOSED] ORDER ON
8    MICHAEL CHERTOFF, Secretary,    )    DEFENDANTS' RULE 56(f) MOTION
     Department of Homeland Security; )
9    ROBERT S. MUELLER, Director of the )
     Federal Bureau of Investigation, )
                                     )
10                                   )
                        Defendants.  )
11   _____ )

12                              **ORDER**

13        It is hereby ordered that Plaintiffs' Motion for Summary Judgment is DENIED without

14   prejudice.

15   Dated:                          _____

                                     JAMES LARSON
16                                   United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
C 07-3750 JL