UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HONGJUN YUAN

       Plaintiff(s),                No. 07-03750 JL

   v.                                  NOTICE OF CONTINUANCE
MICHAEL CHERTOFF

       Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference in the above entitled case is continued (from October 24, 2007) to October 31, 2007 @ 10:30 a.m. and the hearing on plaintiff's motion for summary judgment noticed for October 17, 2007 has been continued to November 21, 2007 , at 9:30 a.m., in Courtroom F, 15th Floor, before Magistrate Judge Larson.

*Wings Hom*

Dated: September 25, 2007

_____
Wings Hom, Courtroom Deputy to
U.S. Magistrate Judge James Larson