JUSTIN X. WANG (CSB #166183)
PEGGY A. SHIH (CSB #197545)
BAUGHMAN & WANG
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HONGJUN YUAN and MEIMEI FU, | Case No.: C 07-3750 JL |
| Plaintiffs | STIPULATION TO VACATE HEARING ON MOTIONS |
| v. | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security and ROBERT S. MUELLER, Director of the Federal Bureau of Investigation, | District Judge: Honorable James Larson Date: November 21, 2007 Time: 9:30 a.m. |
| Defendants. | |

The Plaintiffs, by and through their attorneys, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. The parties agree that the matter at issue in the instant action may be resolved through cross motions for summary judgment.

2. The parties jointly request that the Court take the motions currently set for hearing on November 21, 2007 under submission without oral argument.

Dated: September 25, 2007

Justin. X. Wang
Attorney for Plaintiffs

Dated: September 25, 2007

Melanie J. Proctor
Attorney for Defendants

Case No.: C 07-3750 JL
PLAINTIFFS' OPPOSITION TO...C:\Documents and Settings\justin.BW\Local Settings\Temporary Internet Files\Content.IE5\6R0Z9A1S\stip[1].wpd

ORDER

Pursuant to stipulation, the November 21, 2007 hearing and case management conference is VACATED.

Dated: September 28, 2007

/s/ James Larson
James Larson
United States District Judge

---

Case No.: C 07-3750 JL
PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX PARTE MOTION

2

F:\Peggy\immigration\mandamus\YUAN, Hongjun\stip.wpd