SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HONGJUN YUAN; and MEIMEI FU,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security; and<br>ROBERT S. MUELLER, Director of the<br>Federal Bureau of Investigation,<br><br>    Defendants. | No. C 07-3750 JL<br><br>EX PARTE MOTION TO EXTEND DATE<br>TO FILE DEFENDANTS' OPPOSITION |

    Defendants respectfully request an extension of time to file their opposition and cross motion for summary judgment. It appears that this case may be resolved within the next three weeks; accordingly, Defendants ask the Court to extend the filing date to November 21, 2007. Plaintiff has no opposition to this request.

Dated: October 29, 2007                  Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney

                                               /s/
                                            MELANIE L. PROCTOR
                                            Assistant U.S. Attorney
                                            Attorneys for Defendants

EX PARTE MOTION
No. C 07-3750 JL

**ORDER**

Defendants' opposition to Plaintiff's motion for summary judgment and cross motion for summary judgment shall be filed no later than November 21, 2007. IT IS SO ORDERED.

Dated: _____

JAMES LARSON
United States Magistrate Judge