JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiffs

Hongjun Yuan
Meimei Fu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hongjun Yuan<br>Meimei Fu<br><br>  Plaintiffs,<br><br>*Michael Chertoff*, Secretary of the Department of Homeland Security;<br>*Robert S. Mueller*, Director of Federal Bureau of Investigation.<br>  Defendants. | Case No.: **C 07-3750 JL**<br><br>**STIPULATION OF DISMISSAL; AND [PROPOSED] ORDER** |

   Plaintiffs, by and through their attorney of record, and Defendants, by the through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiffs' applications for adjustment of status.

   Each of the parties shall pay their own costs and fees.

Dated: November 5 , 2007                                Respectfully submitted,


                                                        _____/S/_____
                                                        JUSTIN X. WANG
                                                        Attorney for Plaintiffs



                                                        SCOTT N. SCHOOLS
                                                        United States Attorney

---
Case No.: **C 07-3750 JL**
Stipulation of Dismissal     F:\LING\Mandamus\485 Employment Based\Hongjun YUAN and Meimei FU\STIPULATION OF DISMISSAL.wpd

1
2
3  Dated: November 5 , 2007                      /S/
                                              MELANIE L. PROCTOR
4                                             Assistant U.S. Attorney
                                              Attorney for Defendants
5
6

## ORDER

Pursuant to the stipulation, IT IS SO ORDERED.

DATED: _____

                                              _____
                                              JAMES LARSON
                                              United States District Judge