JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiffs

Hongjun Yuan
Meimei Fu

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hongjun Yuan<br>Meimei Fu<br><br>　　　　　　Plaintiffs,<br><br>*Michael Chertoff*, Secretary of the Department<br>of Homeland Security;<br>*Robert S. Mueller*, Director of Federal Bureau<br>of Investigation.<br>　　　　　　Defendants. | Case No.: **C 07-3750 JL**<br><br>**STIPULATION OF DISMISSAL;**<br>**AND [PROPOSED] ORDER** |

　　　Plaintiffs, by and through their attorney of record, and Defendants, by the through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiffs' applications for adjustment of status.

　　　Each of the parties shall pay their own costs and fees.


Dated: November 5 , 2007　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUSTIN X. WANG
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs



　　　　　　　　　　　　　　　　　　　　　　　　　　　　SCOTT N. SCHOOLS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

---

Case No.: **C 07-3750 JL**
Stipulation of Dismissal　　F:\LING\Mandamus\485 Employment Based\Hongjun YUAN and Meimei FU\STIPULATION OF DISMISSAL.wpd

Dated: November 5, 2007

                                                /S/
                                   MELANIE L. PROCTOR
                                   Assistant U.S. Attorney
                                   Attorney for Defendants

**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

DATED: ___11-6-07___

IT IS SO ORDERED
*[signature]*
Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

Case No.: **C 07-3750 JL**
Stipulation of Dismissal     F:\LING\Mandamus\485 Employment Based\Hongjun YUAN and Meimei FU\STIPULATION OF DISMISSAL.wpd

2